Shiva S. Davoudian, Bar No. 232771
sdavoudian@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 800.715.1330

Samuel A. Richman, Bar No. 316443
sarichman@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Facsimile: 800.715.1330

Attorneys for Defendant
PANERA, LLC

LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067.3107
310.553.0308

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DESTINY RIVERA, an individual, on behalf of herself and others similarly situated,

Plaintiff,

v.

PANERA, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,

Defendants.

Case No.

*[Removed from Riverside County Superior Court Case No. CVR12602060]*

**DECLARATION OF BARBARA MUELLERLEILE IN SUPPORT OF DEFENDANT PANERA, LLC'S REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

Trial Date: None Set
Complaint Filed: April 2, 2026

# DECLARATION OF BARBARA MUELLERLEILE

I, Barbara Muellerleile, hereby declare as follows:

1. I am over 18 years of age, and I am currently employed as a Senior Director – Finance, Payroll by Panera, LLC. I make this declaration in support of Panera, LLC's ("Defendant" or "Panera") Notice of Removal of Action to Federal Court. I have personal knowledge of the facts set forth in this declaration, or knowledge based on my review of Panera's records within my custody and control. As such, I could and would competently testify to those facts if called and sworn as a witness.

2. Panera, LLC is not a state, state official, or any other governmental entity. Panera is a multinational chain of bakery-café style casual dining restaurants located across the United States and Canada.

3. Defendant is a Delaware Limited Liability Company with its principal place of business and headquarters in Missouri. Its executive and administrative functions are housed within its headquarters in Fenton, St. Louis County, Missouri. No partner of Defendant is a citizen of California.

4. As a Senior Director – Finance, Payroll, I am readily familiar with and have personal knowledge of Panera's business organizations, business operations, and business activities in California. I have access to records and reports related to Defendant's day-to-day business operations, as well as information concerning its employees. I also have access to, and am authorized to review, employment records for current and former employees maintained in the ordinary course of business, including each employee's address, job position, work location, status as an exempt or non-exempt employee, payroll records, and dates of hire and separation from employment. I am generally familiar with Defendant's recordkeeping and personnel records retention.

5. In preparing my declaration, I reviewed the employment and payroll records of Plaintiff Destiny Rivera ("Plaintiff"). Based upon my review of Plaintiff's records, the records reflect that Plaintiff was a regular full-time employee for Panera, usually scheduled to work 35 to 40 hours per week (approximately 6 to 8 hours a day, 5 days per week).

LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067.3107
310.553.0308

Based on my review of Plaintiff's personnel information, regularly maintained by Panera in the ordinary course of business, Plaintiff's home address throughout her employment was in the State of California and there is no indication in Plaintiff's personnel records that she intended to move out of California.

6. In addition, I ran queries in Panera's payroll program to determine certain personnel information needed for Panera's defense of this action. Based upon my review of this data, I am informed and believe the following information and metrics to be true. Based on my review of those records and the analysis of same, I estimate that from April 2, 2022, through May 5, 2026, Panera employed approximately 9,438 non-exempt employees in California. Of those non-exempt employees, approximately 460 were full-time employees and 8,978 were part-time employees. I estimate that from April 2, 2022, through May 5, 2026, full-time employees typically worked 8 hour shifts, 5 days a week (35-40 hours per week) on average. During the same time period, part-time employees typically worked 6 hour shifts, 5 days a week (25-30 hours per week) on average.

7. In addition, I ran queries in Panera's payroll program to determine certain personnel and payroll information needed for Panera's defense of this action. I personally retrieved and arranged for delivery of this information to Defendant's counsel, Littler Mendelson, for review and analysis. I have reviewed the analysis conducted of this data for accuracy and am informed and believe the following information and metrics to be true. Based on my review of the data kept in the ordinary course of business and Littler Mendelson's analysis of the same, I estimate that Panera employed at least 4,709 restaurant and catering employees in California from April 2, 2025, through May 5, 2026.

8. Based on my review of Littler Mendelson's analysis of Panera's personnel information and pay records, kept in the ordinary course of business, I estimate that Panera has employed at least 4,992 non-exempt restaurant and catering employees in California who have separated employment from Panera between April 2, 2023, and May 5, 2026, 247 of whom were full-time employees and 4,745 of whom were part-time employees.

9. Based on my review of Littler Mendelson's analysis of Panera's personnel

LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067.3107
310.553.0308

information and pay records, kept in the ordinary course of business, I estimate that Panera paid its current and former California non-exempt hourly employees between April 2, 2022, and May 5, 2026, an average hourly rate of $18.93.

10. I determined the start and termination dates of each putative class member. Based on my review of Littler Mendelson's analysis of Panera's personnel information and pay records, kept in the ordinary course of business, I believe that a reasonable estimate for the number of workweeks that Panera's current and former California non-exempt hourly employees worked between April 2, 2022, and May 5, 2026, is approximately 480,822 workweeks, with full-time employees working 37,259 workweeks and part-time employees working 443,563 during this time frame.

11. Panera pays its non-exempt employees in California on a biweekly basis. Based on my review of Littler Mendelson's analysis of Panera's personnel information and pay records, kept in the ordinary course of business, there are approximately 81,216 pay periods during the time period of April 2, 2025, to May 5, 2026.

I declare under penalty of perjury under the laws of the United States of America and the State of Minnesota that the foregoing is true and correct. Executed this 6th day of May 2026 at Lakeville, Minnesota.

BARBARA MUELLERLEILE

4900-3258-4611.3 / 109405.1021

LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067.3107
310.553.0308